**Order entered September 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01066-CR

**KRISTIE LYN HERMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81667-2013**

## ORDER

We **GRANT** Official Court Reporter Susan Maienschein's September 17, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due on **October 24, 2014**.

/s/     LANA MYERS
        JUSTICE